# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 75 WAL 2023

         Respondent            :

                                   :   Petition for Allowance of Appeal

                                   :   from the Order of the Superior Court

         v.                 :

WILLIAM ALBERT ROBERTS,        :

         Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Is the evidence insufficient to convict a person for failure to register under SORNA when the Commonwealth fails to prove that the defendant knew of and was [non-compliant] with his registration obligations, or as the Superior Court held, the Commonwealth need only prove that the person knew he did not register, even if he had no knowledge that he was required to do so?